UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> TRANSPORTATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-2305 (SLS) |

### JOINT STATUS REPORT

Pursuant to the Court's order dated January 22, 2025, Plaintiff Protect the Public's Trust and Defendant, U.S. Department of Transportation ("DOT"), by and through undersigned counsel, report to the Court as follows in this action under the Freedom of Information Act ("FOIA").

1. Plaintiffs filed the Complaint in this action on August 6, 2024, based on a FOIA request dated June 16, 2023, that is attached to the Complaint (ECF No. 1-1). Defendant answered the Complaint on September 25, 2024.

2. Defendant reports as follows regarding the status of the processing of the request. Since the filing of its last status report, Defendant issued its fourth interim response by letter dated February 18, 2025, and made its fifth interim response by letter dated March 13, 2025. Defendant continues to plan to process the potentially responsive records at the rate of a minimum of 500 pages per month, with the next interim response to be provided in mid-April, and with further interim responses occurring approximately every 30 days thereafter until processing is complete. There are approximately 24,500 pages of potentially responsive pages remaining to be processed,

though Defendant expects the vast majority of those pages to be news articles that Plaintiff has agreed can be excluded from the request as non-responsive.

3. In light of the above, the parties propose that they file a further status report on May 28, 2025.

<div style="display: flex;">

Respectfully submitted,

</div>

| | |
|---|---|
| /s/ Karin Sweigart | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| KARIN SWEIGART | United States Attorney |
| DHILLON LAW GROUP, INC. | |
| 177 Post Street | By: /s/ Jeremy S. Simon |
| Suite 700 | JEREMY S. SIMON |
| San Francisco, CA 94108 | D.C. Bar # 447956 |
| 415-433-1700 | Assistant United States Attorney |
| Email: ksweigart@dhillonlaw.com | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| *Counsel for Plaintiff* | (202) 252-2528 |
| | jeremy.simon@usdoj.gov |
| | |
| | *Counsel for Defendant* |