UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-2305 (SLS)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 20, 2025, Plaintiff Protect the Public's Trust and Defendant, U.S. Department of Transportation ("DOT"), by and through undersigned counsel, report to the Court as follows in this action under the Freedom of Information Act ("FOIA").

1. Plaintiffs filed the Complaint in this action on August 6, 2024, based on a FOIA request dated June 16, 2023, that is attached to the Complaint (ECF No. 1-1). Defendant answered the Complaint on September 25, 2024.

2. Defendant reports as follows regarding the status of the processing of the request. Since the filing of its last status report, Defendant issued its sixth interim response by letter dated April 15, 2025, and made its seventh interim response by letter dated May 15, 2025. Defendant continues to plan to process the potentially responsive records at the rate of a minimum of 500 pages per month, with the next interim response to be provided in mid-July (the additional time is needed because the majority of these records require consultation), and with further interim responses occurring approximately every 30 days thereafter until processing is complete. There are approximately 1,175 pages of potentially responsive pages remaining to be processed, which

excludes news article (the Plaintiff's agreement to exclude news articles has resulted in a substantial reduction from the 24,500-page estimate in the last status report). Defendant expects the vast majority of those pages to be records that require consultation with other agencies before they can be released. Defendant has initiated those consultations.

3. In light of the above, the parties propose that they file a further status report on July 21, 2025.

Respectfully submitted,

/s/ Karin Sweigart
KARIN SWEIGART
DHILLON LAW GROUP, INC.
177 Post Street
Suite 700
San Francisco, CA 94108
415-433-1700
Email: ksweigart@dhillonlaw.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON
D.C. Bar # 447956
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Counsel for Defendant*

2